IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RAYSHUN CUNNINGHAM,** | CIV S-07-2338 GEB KJM P |
| Petitioner, | **ORDER** |
| v. | |
| **EVANS, Warden, et al.,** | |
| Respondents. | |

IT IS HEREBY ORDERED that the time for filing Respondent's Answer is extended through and including May 25, 2008 (this disposes of docket no. 11).

Dated: May 9, 2008.

_____
U.S. MAGISTRATE JUDGE

Order

1