1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   RAYSHUN CUNNINGHAM,

11          Petitioner,                    No. CIV S-07-2338 GEB KJM P

12      vs.

13   EVANS, Warden, et al.,

14          Respondents.                   ORDER

15   _____/

16          Petitioner has requested an extension of time to file and serve a traverse.  Good

17   cause appearing, IT IS HEREBY ORDERED that:

18          1.  Petitioner's request for an extension of time (docket no. 15) is granted; and

19          2.  Petitioner shall file and serve a traverse on or before July 27, 2008.

20   DATED:  June 26, 2008.

21   _____
     U.S. MAGISTRATE JUDGE

22

23   /mp
     cunn2338.111

24

25

26