E-Filed: **8/7/09**

JS - 6

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Rayshun Cunningham,** | CASE NO. CV 07-2338-GHK |
| Petitioner, | |
| v. | JUDGMENT |
| **M.S. Evans,** *et al.*, | |
| Respondents. | |

Pursuant to our August 7, 2009 Order denying Petitioner's Petition for Writ of Habeas Corpus, **IT IS HEREBY ADJUDGED** that the Petition is **DENIED with prejudice**.

**IT IS SO ORDERED**.

DATED: August 7, 2009

_____
GEORGE H. KING
United States District Judge[1]

_____

[1] United States District Judge for the Central District of California sitting by designation.